

FILED
10/28/2021  CM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Rod R. Blagojevich | ) |
| Plaintiff, | ) |
| v. | ) Case No.1:21-cv-4103 |
| State of Illinois General Assembly | ) |
| Defendant. | ) |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

NOW COMES Plaintiff, pro se, and respectfully moves for a 28-day extension of time to file his Response to Defendant's Motion to Dismiss to August 13, 2019, and in support thereof states as follows:

1. On August 2, Plaintiff filed a Complaint, alleging that the circumstances surrounding his impeachment as Governor of Illinois and his subsequent bar on holding state or local office in Illinois violated his First, Sixth, and Fourteenth Amendment rights.

2. On October 1, 2021, Defendant filed a motion to dismiss.

3. Shortly thereafter, the Court set a briefing schedule, with Plaintiff's response to Defendant's Motion to Dismiss due by October 28, 2021.

4. Plaintiff respectfully submits that an extension of time to November 30, 2021 is necessary for counsel to fully and effectively respond to Defendant's Motion to Dismiss. The additional days reflect the fact that a 30-day extension falls on Thanksgiving Day weekend and the court will not be open again for business until the following week.

5. This motion is necessitated not by lack of diligence, but in part due to Plaintiff's work on other matters.

6. Plaintiff contacted Defendant's counsel requesting a 30-day extension. Defense counsel does not object.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that this Court grant the instant motion for an extension of time within which to file his response to Defendant's motion to dismiss, to November 30, 2021.

                                                Respectfully submitted,
                                                Rod Blagojevich
                                                Pro Se

Rod Blagojevich
2934 W. Sunnyside
Chicago, Il 60625
773-415-2367
blagojevichr@gmail.com