**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Rod R. Blagojevich
        Plaintiff,

v.               Case No.: 1:21−cv−04103
              Honorable Steven C. Seeger

State of Illinois, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 2, 2021:

  MINUTE entry before the Honorable Steven C. Seeger: The motion for extension of time within which to file plaintiff's response to defendant's motion to dismiss (Dckt. No. [17]) is hereby granted. The Court extends plaintiff's deadline to file a response to January 3, 2022. Defendant's reply is due by January 17, 2022. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.